1  MCGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00129-EPG
12 |            Plaintiff,     | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)
13 |            v.             |
14 | KENNETH BASH et al.,      | DATE: December 4, 2020
   |                           | TIME: 2:00 p.m.
15 |            Defendants.    | COURT: Hon. Sheila K. Oberto
16

17

18      Plaintiff United States of America, by and through its attorney of record, Assistant United States

19 Attorney STEPHANIE M. STOKMAN, and defendant Kenneth Bash, both individually and by and

20 through defendant's counsel of record, hereby stipulate as follows:

21      1.     The Complaint in this case was filed on or about November 17, 2020, and defendants

22 first appeared before a judicial officer of the Court in which the charges in this case were pending on

23 November 20, 2020. The court set a preliminary hearing date of December 4, 2020.

24      2.     By this stipulation, the parties jointly move for an extension of time of the preliminary

25 hearing date to December 17, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule

26 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that there is good cause for the

27 delay to allow the government's continuing investigation of the case, and that such continuance will not

28 interfere with the public interest in the prompt disposition of criminal cases.  Rule 5.1(d).

                                                    1

3. This stipulation does not include an exclusion of time.

IT IS SO STIPULATED.

Dated:  December 4, 2020                                            McGREGOR W. SCOTT
                                                                                         United States Attorney


                                                                                         /s/ STEPHANIE M. STOKMAN
                                                                                         STEPHANIE M. STOKMAN
                                                                                         Assistant United States Attorney


Dated:  December 4, 2020                                            /s/ Scott Quinlan
                                                                                         SCOTT QUINLAN
                                                                                         Counsel for Defendant
                                                                                         Kenneth Bash

McGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>KENNETH BASH ET AL.,<br><br>                    Defendants. | CASE NO. 1:20-MJ-00129-EPG<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)<br><br>DATE: December 4, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
|---|---|

   The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on November 27, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

   The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

   THEREFORE, FOR GOOD CAUSE SHOWN:

   1.   The date of the preliminary hearing is extended to December 17, 2020, at 2:00 p.m.

   2.   Defendant shall appear at that date and time before the Magistrate Judge on duty.

3. This order does not exclude time.

IT IS SO ORDERED.

Dated: __**December 4, 2020**__             /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE