**SEALED**

McGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
Dec 10, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>        v.<br><br>KENNETH BASH et al.,<br><br>                      Defendants. | CASE NO. 1:20-CR-00238-NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 10, 2020 charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1)– Conspiracy to Possess and Possession with Intent to Distribute Methamphetamine and Heroin; 21 U.S.C. §§ 846, 841(a)(1)– Conspiracy to Possess and Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1),– Possession with Intent to Distribute Heroin; 18 U.S.C. § 924(c)– Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(g)- Felon in Possession of a Firearm; and 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be

kept secret until all of the defendants named in this Indictment are either in custody or has been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Additionally, the government moves the Court to allow the attached redacted version of the Indictment, as well as the docket as it pertains to the following defendants to be unsealed: Kenneth Bash, Todd Morgan, Stephanie Madsen, Marlon Palmer, Joseph McWilliams, Samantha Booth, James Armstrong, Jacob Renshaw, and Amanda Gourley.

DATED: December 10, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 10, 2020

STANLEY A. BOONE
U.S. Magistrate Judge