McGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH et al.,<br><br>Defendant. | CASE NO.  1:20-CR-00238-NONE<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on December 10, 2020, and it appears that it no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Indictment in this case, be unsealed and made public record.

Dated:  January 28, 2021              McGREGOR W. SCOTT
                                      United States Attorney


                                By:   /s/ Stephanie M. Stokman
                                      STEPHANIE M. STOKMAN
                                      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>KENNETH BASH et al.,<br><br>                Defendant. | CASE NO.  1:20-CR-00238-NONE<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the unredacted Indictment filed on December 10, 2020, be unsealed and become public record.

DATED: 1/28/2021

*B. McAuliffe*
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE