W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant KENNETH BASH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-CR-0238 NONE SKO |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| KENNETH BASH, et al. | |
| Defendants. | |

Good Cause Appearing:

**IT IS HEREBY ORDERED** that Attachment 1 (Doc. 190-1) to the Declaration of W. Scott Quinlan filed in Support of Motion to Suppress be sealed, and its publication limited to defense counsel and their investigators, and staff pending further order of the Court.

IT IS SO ORDERED.

Dated: __**April 12, 2021**__           _Dale A. Drozd_
                                         UNITED STATES DISTRICT JUDGE

1