PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-NONE |
| Plaintiff, | STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER |
| v. | |
| KENNETH BASH, ET AL., | |
| Defendants. | |

**STIPULATION**

1. On April 9, 2021 and April 19, 2021, defendant Bash filed motions in the above matter. Dkt. 189 and 195.

2. Based on the filing of the motions, counsel agree and stipulate that the following motions schedule shall apply as to these motions:

 a) Opposition to motions shall be filed no later than May 14, 2021.

 b) Replies shall be filed no later than June 11, 2021.

//

//

//

1

        c)      The Court will hold a hearing on all motions on June 25, 2021, at 8:30 a.m.

IT IS SO STIPULATED.

| Dated: April 19, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|---|---|
| | /s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: April 19, 2021 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>KENNETH BASH |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: __**April 19, 2021**__                    _Dale A. Drozd_
                                                            UNITED STATES DISTRICT JUDGE