W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH, et al.<br><br>Defendants. | No. 1:20-CR-0238 NONE SKO<br><br>**STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER** |

**STIPULATION**

1. On July 9, 2021, defendant Bash filed a motion to suppress wiretaps in the above matter (Doc. 215). Counsel has also filed a notice of request to seal and request to seal (Docs. 213 and 214) the points and authorities and declaration of W. Scott Quinlan and attachments in support of the notice of motion

2. Based on the filing of the motion to suppress wiretaps and supporting documents, counsel agree and stipulate that the following motion schedule shall apply to this motion:

    a) Opposition to the motion shall be filed no later than September 24, 2021.

    b) Replies shall be filed no later than October 22, 2021.

    c) The Court will hold a hearing on the motion on November 5, 2021, at 8:30 a.m.

1

**IT IS SO STIPULATED.**

Dated: July 9, 2021                     PHILLIP A. TALBERT
                                        Acting United States Attorney


                                        /s/ STEPHANIE M. STOKMAN
                                        STEPHANIE M. STOKMAN
                                        Assistant United States Attorney


Dated: July 9, 2021                     /s/ W. SCOTT QUINLAN
                                        W. SCOTT QUINLAN, Attorney for
                                        Defendant, KENNETH BASH


**ORDER**

IT IS SO ORDERED.

Dated:  **July 11, 2021**

                                        UNITED STATES DISTRICT JUDGE