W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-CR-0238 NONE SKO |
|---|---|
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENTS** |
| KENNETH BASH, et al. | |
| Defendants. | |

Good Cause Appearing:

**IT IS HEREBY ORDERED** that the Points and Authorities In Support of Defendant's Motion to Suppress Wiretaps, the Declaration of W. Scott Quinlan in Support Thereof and the attachment to the declaration be sealed pending further order of the Court.

IT IS SO ORDERED.

Dated: **July 14, 2021**

_____
UNITED STATES DISTRICT JUDGE

1