PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH, ET AL.,<br><br>Defendants. | CASE NO. 1:20-CR-00238-NONE<br><br>STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER |

**STIPULATION**

1. On July 9, 2021, defendant Bash filed a motion in the above matter. Dkt. 215.

2. Defendants Morgan, Palmer, Madsen, Renshaw, Brock, McWilliams, and Gourley joined in the motion. Dkts. 224, 225, 230, 231, 232, 236, and 238.

3. Counsel had previously set a motion schedule.

4. Based on the filing of the latest joinder motions, counsel agree and stipulate that the following revised motions schedule shall apply as to these motions:

   a) Opposition to motions shall be filed no later than October 8, 2021.

   b) Replies shall be filed no later than November 5, 2021.

//

//

STIPULATION TO MOTION SCHEDULE; [PROPOSED]
FINDINGS AND ORDER

1

    c)  The Court will hold a hearing on all motions on November 19, 2021, at 10:00 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 24, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated:  September 24, 2021 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>KENNETH BASH |
| Dated:  September 24, 2021 | /s/ MARC DAYS<br>MARC DAYS<br>Counsel for Defendant<br>TODD MORGAN |
| Dated:  September 24, 2021 | /s/ ROGER WILSON<br>ROGER WILSON<br>Counsel for Defendant<br>MARLON PALMER |
| Dated:  September 24, 2021 | /s/ BARBARA O'NEILL<br>BARBARA O'NEILL<br>Counsel for Defendant<br>STEPHANIE MADSEN |

Dated: September 24, 2021        /s/ MARK COLEMAN
                                 MARK COLEMAN
                                 Counsel for Defendant
                                 JOSEPH MCWILLIAMS

Dated: September 24, 2021        /s/ DAVID TORRES
                                 DAVID TORRES
                                 Counsel for Defendant
                                 JACOB RENSHAW

Dated: September 24, 2021        /s/ CAROL MOSES
                                 CAROL MOSES
                                 Counsel for Defendant
                                 BROCK LARSON

Dated: September 24, 2021        /s/ STEVEN CRAWFORD
                                 STEVEN CRAWFORD
                                 Counsel for Defendant
                                 AMANDA GOURLEY

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **September 29, 2021**        _Dale A. Drozd_
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO MOTION SCHEDULE; [PROPOSED]
FINDINGS AND ORDER

3