(SPACE BELOW FOR FILING STAMP ONLY)

**W. SCOTT QUINLAN, 101269**
**Attorney At Law**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 442-0634
FAX (559) 233-6947

ATTORNEYS FOR Defendant, KENNETH BASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: **1:20-CR-0238-NONE-SKO** |
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| KENNETH BASH, | |
| Defendant. | |

Good Cause Appearing:

**IT IS HEREBY ORDERED** that Defendant Kenneth Bash's Reply to Opposition to Motion to Suppress State Wiretaps be sealed pending further order of the Court.

IT IS SO ORDERED.

Dated:   **October 15, 2021**              _____
                                            UNITED STATES DISTRICT JUDGE

1