W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant KENNETH BASH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH BASH, et al.<br><br>    Defendants. | No. 1:20-CR-0238 JLT-SKO<br><br>**STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER** |

## STIPULATION

1. On April 28, 2022, defendant Bash filed a notice of motion and motion (Doc. 308) and a motion to suppress wiretaps in the above matter (Doc. 309) which has been calendared for August 26, 2022 at 9:30 a.m. in Department 4.

2. Based on the filing of the motion to suppress wiretaps and supporting documents, counsel agree and stipulate that the following motion schedule shall apply to this motion:

    a) Opposition to the motion shall be filed no later than July 27, 2022.

    b) Replies, if any, shall be filed no later than August 5, 2022.

**IT IS SO STIPULATED.**

1

Dated: April 29, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: April 29, 2022

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN, Attorney for
Defendant, KENNETH BASH

[**PROPOSED**] FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **May 2, 2022**

_____
UNITED STATES DISTRICT JUDGE