Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709

Attorney for Defendant,
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal case No. 20-CR-238-JLT-SKO |
| Plaintiff, | **STIPULATION REGARDING CONTINUATION OF STATUS CONFERENCE; ORDER** |
| v. | |
| **KENNETH BASH,**<br>**KENNETH JOHNSON,**<br>**FRANCIS CLEMENT,**<br>**BRANDON BANNICK,**<br>**JUSTIN GRAY,**<br>**DEREK SMITH,**<br>**MARLON PALMER,**<br>**SAMANTHA BOOTH, and**<br>**AMANDA GOURLEY,** | |
| Defendants. | |

    This case is set for status conference on January 18, 2023. Defendant Mr. Kenneth Johnson, by counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Andrea Luem, joined by all parties, submits the following stipulation pursuant to the Court's January 4, 2023, Minute Order [Dkt. 501]. The parties have agreed to vacate the January 18, 2023, status conference and continue it for a period of not more than fifty-three days.

**STIPULATION**

Defendant, Kenneth Johnson, by and through his counsel of record, joined by all defendants, and the United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 18, 2023.

2. By this stipulation, defendants now move to continue the status conference for a period of 53 days, and to exclude time between January 18, 2023, and March 15, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3. Defendant's request to appear for any future status conference in person and zoom, as a hybrid appearance.

4. The parties agree and stipulate, and request that the Court find the following:

a) Since the last Stipulation filed on December 2, 2022 [Dkt. 480], no new discovery has been produced by the government.

b) The government has informed that there are several cooperating witnesses and/or informants who have provided evidence against Defendants Clement, Johnson, Bannick and Grey. Defense counsel has requested production of all benefits, cooperation agreements, and any other evidence that is excupatory, favorable to Defendants, or could be used to impeach these witnesses. This information has not been produced to date.

c) Defendant Clement has filed a Motion for Order Re Specific Discovery and has asked the Court to withhold ruling until at least February 21, 2023, when a status report will be filed. *See* Stipulation [Dkt. 502]. Defendants will address the disclosure of *Brady* and *Giglio* material for the cooperating witnesses as well as the other items raised in the motion at that time if the parties are unable to resolve this issue.

d) Counsel for Defendants desire additional time to further review discovery, discuss

potential resolution with defendants and the government and investigate and prepare for trial.

e) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 18, 2023, to March 15, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

i) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for Defendant to request that the Court compel the government to produce discovery, the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: January 11, 2022 | | /s/ RYAN VILLA |
| | | /s/ ANDREA L. LUEM |
| | | ANDREA L. LUEM |
| | | RYAN VILLA |
| | | Counsel for Defendant |
| | | KENNETH JOHNSON |

Dated: January 11, 2022          /s/ W. SCOTT QUINLAN
                                 W. SCOTT QUINLAN
                                 Counsel for Defendant
                                 KENNETH BASH

Dated: January 11, 2022          /s/ ALEKXIA TORRES STALLINGS
                                 ALEKXIA TORRES STALLINGS
                                 Counsel for Defendant
                                 MARLON PALMER

Dated: January 11, 2022          /s/ MONICA BERMUDEZ
                                 MONICA BERMUDEZ
                                 Counsel for Defendant
                                 SAMANTHA BOOTH

Dated: January 11, 2022          /s/ STEVE CRAWFORD
                                 STEVE CRAWFORD
                                 Counsel for Defendant
                                 AMANDA GOURLEY

Dated: January 11, 2022          /s/ ALAN DRESSLER
                                 ALAN DRESSLER
                                 Counsel for Defendant
                                 DEREK SMITH

Dated: January 11, 2022          /s/ IVETTE AMELBURU MANINGO
                                 /s/ AMY E. JACKS
                                 IVETTE AMELBURU MANINGO
                                 AMY E. JACKS
                                 Counsel for Defendant
                                 BRANDON BANNICK

Dated: January 11, 2022          /s/ PHILLIP A. TALBERT
                                 PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ STEPHANIE M. STOKMAN
                                 STEPHANIE M. STOKMAN
                                 Assistant United States Attorney

**ORDER**

The next status conference set for March 15, 2023, will be held via Zoom for all defendants and counsel. Time shall be excluded for the reasons set forth in the parties' Stipulation.

At the next status conference, the parties shall be prepared to discuss when a mutually agreeable trial date will be set.

**IT IS SO ORDERED.**

DATED: 1/12/2023

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE