PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH JOHNSON, ET AL., <br><br> Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO <br><br> STIPULATION TO MOTION SCHEDULE; ORDER |

**STIPULATION**

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for defendant Kenneth Johnson, hereby stipulate and agree to a briefing schedule and hearing date on motions filed by defendant Francis Clement. Dkts. 527 and 528. Consistent with Local Rule 302(b)(1), the hearing date set below is for the Magistrate Judge.

1. On February 17, 2023 and February 20, 2023, defendant Johnson filed two motions in the above matter. Dkts. 526 and 528.

2. Defendants Clement and Bash joined in the motion. Dkts. 529, 530 and 531.

3. Counsel agree and stipulate that the following motion schedule shall apply:

   a) Opposition to motion shall be filed no later than March 24, 2023.

   b) Counsel for defendants may file a reply no later than March 31, 2023.

//

STIPULATION TO MOTION SCHEDULE; ORDER     1

c) The Court will hold a hearing on the motion on May 3, 2023, at 1:00 p.m.

IT IS SO STIPULATED.

Dated: February 21, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: February 21, 2023

/s/ RYAN VILLA
/s/ ANDREA L. LUEM
RYAN VILLA
ANDREA L. LUEM
Counsel for Defendant
KENNETH JOHNSON

**ORDER**

The Court accepts the stipulation of the parties regarding the motions filed by defendant Kenneth Johnson. Docket Nos. 526 and 528. Accordingly, the Court FINDS:

Government's Opposition brief is due: March 24, 2023

Defendant's Reply brief, if counsel chooses to file a Reply brief is due: March 31, 2023

A hearing on defendants' motion is set for: May 3, 2023, at 1:00 p.m.

The hearing on defendant's discovery motion shall be held before the assigned Magistrate Judge via the Zoom application.

IT IS SO ORDERED.

Dated: **February 23, 2023**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE