1    PHILLIP A. TALBERT
     United States Attorney
2    STEPHANIE M. STOKMAN
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone:  (559) 497-4000
     Facsimile:   (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                CASE NO.  1:20-CR-00238-JLT-SKO

12                       Plaintiff,
                                              STIPULATION REGARDING "COMPLEX CASE"
13              v.                            DESIGNATION;" FINDINGS AND ORDER

14   KENNETH BASH, et al.,                    DATE: March 15, 2023
                                              TIME: 1:00 p.m.
15                       Defendant.           COURT: Hon. Sheila K. Oberto

16

17         This case is set for a status conference on March 15, 2023 in front of the Honorable Sheila K.

18   Oberto, United States Magistrate Court Judge.  The parties wish to remain on calendar for March 15,

19   2023.  At this time, the parties[1] stipulate to a finding that the case is a "complex case" pursuant to 18

20   U.S.C. § 3161(h)(7)(B)(ii).

21         18 U.S.C. § 3161(h)(7)(B)(ii) provides for exclusion of time where "the case is so unusual or so

22   complex, due to the number of defendants, the nature of the prosecution, or the existence of novel

23   questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or

24   for the trial itself within the time limits established by this section."

                                        **STIPULATION**

25         Plaintiff United States of America, by and through its counsel of record, and defendants, by and

26   through defendants' counsel of record, hereby stipulate as follows:

27

28   _____
           [1] Defendant Kenneth Johnson objects to the case being designated as complex.

     STIPULATION REGARDING COMPLEX CASE              1
     DESIGNATION

1.      The parties stipulate and agree that the case should be designated a "complex case" as it so complex, due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161.  The case involves charges pursuant to 18 U.S.C. § 1959, Murder in Aid of Racketeering, the Aryan Brotherhood enterprise and voluminous discovery from which evidence of the existence of the enterprise is established, thousands of pages of discovery and extensive digital discovery spanning events that occurred over many years, and the case is currently capital punishment eligible.

IT IS SO STIPULATED.


Dated:  February 27, 2023                              PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ STEPHANIE M. STOKMAN
                                                       STEPHANIE M. STOKMAN
                                                       Assistant United States Attorney


Dated:  February 27, 2023                              /s/ W. SCOTT QUINLAN
                                                       W. SCOTT QUINLAN
                                                       Counsel for Defendant
                                                       KENNETH BASH


Dated:  February 27, 2023                              /s/ JANE BYRIALSEN
                                                       /s/ JIM CASTLE
                                                       JANE BYRIALSEN
                                                       JIM CASTLE
                                                       Counsel for Defendant
                                                       FRANCIS CLEMENT


Dated:  February 27, 2023                              /s/ ALEKXIA TORRES
                                                       STALLINGS
                                                       ALEKXIA TORRES
                                                       STALLINGS
                                                       Counsel for Defendant
                                                       MARLON PALMER

Dated:  February 27, 2023

/s/ ALAN DRESSLER
ALAN DRESSLER
Counsel for Defendant
DEREK SMITH

Dated:  February 27, 2023

/s/ IVETTE AMELBURU
MANINGO
/s/ AMY E. JACKS
IVETTE AMELBURU
MANINGO
AMY E. JACKS
Counsel for Defendant
BRANDON BANNICK

Dated:  February 27, 2023

/s/ JAMES S. THOMSON
JAMES S. THOMSON
Counsel for Defendant
JUSTIN GRAY

Dated:  February 27, 2023

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
SAMANTHA BOOTH

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **March 9, 2023**

UNITED STATES DISTRICT JUDGE