```
1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE STOKMAN
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6
7  Attorneys for Plaintiff
   United States of America
```

**FILED**
May 11, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00238-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| KENNETH BASH (aka "Kenny" aka "Bash"), KENNETH JOHNSON (aka "K" aka "Kenwood"), FRANCIS CLEMENT (aka "Frank"), JAYSON WEAVER (aka "Beaver"), WAYLON PITCHFORD, DEREK SMITH (aka "Pup"), BRANDON BANNICK (aka "Bam Bam" aka "Bam"), JUSTIN GRAY (aka "Sidetrack"), JAMES FIELD (aka "Suspect"), EVAN PERKINS (aka "Soldier"), and SAMANTHA BOOTH, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Second Superseding Indictment returned by the Grand Jury on May 11, 2023 charging the above defendants with violations of

18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeering Enterprise; 18 U.S.C. § 1959(a)(1)- Murder in Aid of Racketeering (4 counts); 18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering; 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine and Heroin; 21 U.S.C. § 841(a)(1) –Possession with Intent to Distribute Methamphetamine (3 counts); 21 U.S.C. § 841(a)(1) –Possession with Intent to Distribute Heroin; 18 U.S.C. § 924(c)- Using or Carrying a Firearm During and in Relation to a Drug Trafficking Offense; 18 U.S.C. § 922(g)(1)– Felon in Possession of Firearm; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; 21 U.S.C. § 853(a), 18 U.S.C. §§ 1963(a)(1), 1963(a)(2), 1963(a)(3), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Second Superseding Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Second Superseding Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: May 11, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  May 11, 2023

ERICA P. GROSJEAN
U.S. Magistrate Judge

Motion to Seal Indictment            2