PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
May 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH,<br>KENNETH JOHNSON,<br>FRANCIS CLEMENT,<br>BRANDON BANNICK,<br>JUSTIN GRAY,<br>DEREK SMITH, and<br>SAMANTHA BOOTH,<br><br>Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>MOTION AND ORDER TO UNSEAL REDACTED SECOND SUPERSEDING INDICTMENT |

The Second Superseding Indictment in this case, having been sealed by Order of the Court on May 11, 2023, and it appears that a redacted version no longer need remain secret,

//
//
//

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the redacted version of the Second Superseding Indictment in this case, which is attached hereto, and the docket as to defendants Kenneth Bash, Derek Smith, Brandon Bannick, Justin Gray, Samantha Booth, Kenneth Johnson, and

MOTION AND PROPOSED ORDER TO UNSEAL          1

1 Francis Clement, be unsealed and made public record, and that the unredacted Second Superseding
2 Indictment an otherwise not mentioned defendants remain under seal.

Dated: May 16, 2023
PHILLIP A. TALBERT
United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>KENNETH BASH,<br>KENNETH JOHNSON,<br>FRANCIS CLEMENT,<br>BRANDON BANNICK,<br>JUSTIN GRAY,<br>DEREK SMITH, and<br>SAMANTHA BOOTH,<br>              Defendant. | CASE NO.  1:20-CR-00238-JLT-SKO<br><br>ORDER TO UNSEAL REDACTED SECOND SUPERSEDING INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Second Superseding Indictment filed on May 11, 2023, and docketed as to defendants Kenneth Bash, Derek Smith, Brandon Bannick, Justin Gray, Samantha Booth, Kenneth Johnson, and Francis Clement, be unsealed and become public record, and that the unredacted Superseding Indictment remain under seal.

DATED: 5/16/2023

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE