W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-cr-0238 JLT SKO |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR FRE RULE 404(b) NOTICE OF OTHER CRIMES, WRONGS, OR ACTS** |
| v. | |
| KENNETH BASH, et al. | Date:  July 10, 2023<br>Time: 10:00 a.m.<br>Place: Hon. Jennifer L. Thurston<br>             Courtroom 4 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on August 30, 2023 at 1:00 p.m. in the above-entitled court, Defendant Kenneth Bash will move the Court for an order requiring the government to designate what criminal acts it will seek to introduce into evidence as evidence of a "RICO" enterprise "or as acts taken in furtherance of a RICO enterprise, and what evidence it intends to offer pursuant to FRE Rule 404(b).

This motion is brought pursuant to FRE Rule 404(b), the Due Process Clause of the Fifth Amendment, and the Notice and Confrontation Clauses of the Sixth Amendment.

///

///

///

1

This motion is based upon the Second Superseding Indictment on file in this matter and upon the points and authorities herein and to be adduced prior to the hearing of the matter.

Dated: June 6, 2023  Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for
Defendant Kenneth Bash

## POINTS AND AUTHORITIES

Federal Rules of Evidence, Rule 404(b) sets forth the following:

"**(b) Other Crimes, Wrongs, or Acts**.

**(1) Prohibited Uses**. Evidence of any other crime, wrong, or act is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character.

**(2) Permitted Uses**. This evidence may be admissible for another purpose, such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident.

**(3) Notice is a Criminal Case**. In a criminal case, the prosecutor must:

(A) provide reasonable notice of any such evidence that the prosecutor intends to offer at trial, so that at the defendant has a fair opportunity to meet it;

(B) articulate in the notice the permitted purpose for which the prosecutor intends to offer the evidence and the reasoning that supports the purpose; and

(C) do so in writing before trial- - or in any form during trial if the court, for good cause, excuses lack of pretrial notice."

The Second Superseding Indictment alleges as Count One a conspiracy to participate in a racketeering enterprise in violation of 18 U.S.C §1962(d). Page six alleges that a pattern of racketeering activity consisted of:

> "a.   multiple acts involving murder in violation of California Penal Code §§189, 187, 182, 21a, 31, 664, and 653f;
>
> b.   multiple acts involving extortion in violation of California Penal Code §§ 518, 182, 21a, 31, and 664;
>
> c.   multiple acts involving robbery in violation of California Penal Code §§ 211, 182, 21a, 31, and 664, Alabama Criminal Code §§ 13A-8-43, 13A-4-3, 13A-4-2, and 32-8-11, and Oregon ORS §§ 154.415, 174.100, 161.450, and 659A.030(1)(g);
>
> d.   multiple acts indictable under 18 U. S. C. §§ 1028,1029, 1341, and 1343;
>
> e.   multiple offenses involving drug trafficking in violation of 21 U.S.C. §§ 841, 843, and 846; and
>
> f.   multiple acts involving arson in violation of California Penal Code §§451, 452, 182, 21a, 31, and 664."

**A.   Rule 404(b) Notice and Notice From The Crimes Charged**

Pursuant to FRE Rule 404(b), the government must provide notice of the general nature of evidence of a crime, wrong or other act to be proffered to prove an issue other than propensity to commit a crime, such as motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident (404(b)(2)).  As stated in United States v. Williams (N.D. Cal., 2017) 2017 WL 4310712 (unpublished opinion attached) at page 5:

> "The government also must make an affirmative showing how proof of each incident it seeks to admit constitutes proof of the scope of a charged conspiracy. Only then can it avoid a Rule 404(b) analysis."
>
> (citing United States v. Cervantes (N.D., 2016) 170 F.Supp.3d 1226 at 1234).

Defendant Kenneth Bash requests that the Court order the government to identify each crime, wrong, or act that it intends to offer into evidence at trial against each defendant and to articulate in the notice the permitted purpose for which the prosecutor intends to offer the evidence and the reasoning that supports the purpose. Defendant further requests that the

government be ordered to comply within two weeks, or such other specific time as the Court may allow.

Dated: June 6, 2023                                    Respectfully submitted,

                                            /s/ W. Scott Quinlan
                                 W. Scott Quinlan, Attorney for Defendant
                                 KENNETH BASH