PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE; ORDER |
| v. | |
| KENNETH BASH, ET AL., | |
| Defendants. | |

**STIPULATION**

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for defendants hereby stipulate and agree to the following schedule requested by the court on August 30, 2023.

1. The government is preparing a submission to the Capital Division regarding the decision to seek or not seek the death penalty on the eligible defendants in this matter.

2. The government will make said submission by December 8, 2023.

3. Counsel for defendants will provide the government any materials related to the submission by November 8, 2023.

4. A status conference has been scheduled for this matter on January 17, 2024. The parties will confer prior to that date and discuss dates for jury trial setting[1].

IT IS SO STIPULATED.

---

[1] Mr. Johnson stipulates to paragraphs 1-3. Mr. Johnson objects to the Court not scheduling a trial at this time as he is asserting his constitutional right to a speedy trial.

| | |
|---|---|
| Dated:  August 30, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated:  August 30, 2023 | /s/ JEAN BARRETT<br>/s/ JANE FISHER-BYRIALSEN<br>JEAN BARRETT<br>JANE FISHER-BYRIALSEN<br>Counsel for Defendant<br>FRANCIS CLEMENT |
| Dated:  August 30, 2023 | /s/ RYAN VILLA<br>/s/ ANDREA LUEM<br>RYAN VILLA<br>ANDREA LUEM<br>Counsel for Defendant<br>KENNETH JOHNSON |
| Dated:  August 30, 2023 | /s/ IVETTE MANINGO<br>/s/ AMY JACKS<br>IVETTE MANINGO<br>AMY JACKS<br>Counsel for Defendant<br>BRANDON BANNICK |
| Dated:  August 30, 2023 | /s/ JAMES THOMSON<br>JAMES THOMSON<br>Counsel for Defendant<br>JUSTIN GRAY |
| Dated:  August 30, 2023 | /s/ K. ALEXANDRA MCCLURE<br>/s/ SUSAN MARCOS<br>K. ALEXANDRA MCCLURE<br>SUSAN MARCOS<br>Counsel for Defendant<br>JAMES FIELD |

Dated:  August 30, 2023                    /s/ CRISTINA BORDE
                                           CRISTINA BORDE
                                           Counsel for Defendant
                                           EVAN PERKINS

**ORDER**

The parties shall select a mutually agreeable trial date in 2024.  If the parties are unable to do so, the Court will set a trial date in 2024 at the next status conference.

IT IS SO ORDERED.

Dated:   **September 1, 2023**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE