IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KENNETH BASH et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>ORDER TO UNSEAL SECOND SUPERSEDING INDICTMENT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Second Superseding Indictment filed on May 11, 2023, and docket, be unsealed and become public record.

DATED: 9/8/2023

　　　　　　　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　HON. SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE