1 | W. SCOTT QUINLAN, 101269
Attorney at Law
2 | 2300 Tulare Street, Ste. 300
Fresno, Ca 93721
3 | PHONE: (559) 442-0634

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-cr-0238 JLT SKO |
|---|---|
| Plaintiff, | **DEFENDANT KENNETH BASH'S NOTICE OF MOTION AND MOTION FOR DISCOVERY** |
| v. | |
| KENNETH BASH, et al. | Date: January 31, 2024 |
| Defendants. | Time: 1:00 p.m. |
| | Place: Honorable Sheila K. Oberto Courtroom 7 |

**TO ALL PARTIES** and to their attorneys of record:

**PLEASE TAKE NOTICE** that on January 31, 2024 at 1:00 p.m. before the Honorable Sheila K. Oberto in Courtroom 7 in the above-entitled Court, Defendant Kenneth Bash will move the Court for an order compelling discovery from the government, as more fully set forth herein.

This motion is based upon this Notice of Motion and Motion, the Points and Authorities filed herewith and the Declaration of W. Scott Quinlan with attachments, and is based upon

///

///

///

1

1 F.R.C.R.P. Rule 16(a)(1)(E)(i) insofar as it is written or recorded, and upon Brady v. Maryland
2 (1963) 373 U.S. 83.

4 Dated: November 30, 2023                            Respectfully submitted,

/s/ W. Scott Quinlan
W. SCOTT QUINLAN, Attorney for
Defendant KENNETH BASH

2