W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-CR-0238 JLT SKO |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER SEALING DOCUMENTS** |
| KENNETH BASH, et al. | |
| Defendants. | |

Good Cause Appearing,

**IT IS HEREBY ORDERED** that the Request to Seal Documents, the Points and Authorities In Support of Defendant's Motion for Discovery and the Declaration of W. Scott Quinlan in Support Thereof and the attachment to the declaration be sealed for a period of 120 days.

Any request for an extension of the sealing period must include the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents and all other relevant information, and must otherwise abide

by the requirements of Local Rule 141.

IT IS SO ORDERED.

Dated: **December 1, 2023**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE