PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>KENNETH BASH ET AL,<br><br>      Defendants. | CASE NO. 1:20-CR-00238-JLT<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE (Docs. 880, 882, 883) |

   Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the documents submitted by the government and the government's Request to Seal shall be SEALED until further order of this Court.

   The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of disclosure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

   Finally, just as the defendants in this action have sought to file documents under seal without identifying the content or nature of the documents to be sealed, the government has done the same. As noted in the Court's minute order (Doc. 881), information filed under seal, which has not be shared with defense counsel, will not be considered by the Court. Seemingly, this information is filed for purposes of the record. Thus, Mr. Bash has demonstrated no prejudice which would arise to him or to the public if

the request is not granted. Thus, the request is **GRANTED** and the documents **SHALL** be filed under seal.

IT IS SO ORDERED.

Dated:   **December 19, 2023**

_____
UNITED STATES DISTRICT JUDGE