1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2300 Tulare Street, Ste. 300
   Fresno, Ca 93721
3  PHONE: (559) 442-0634

4

5  Attorney for Defendant KENNETH BASH

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No.  1:20-cr-0238 JLT SKO

12              Plaintiff,
                                     STIPULATION AND ORDER TO CONTINUE
13         v.                        THE MOTION SCHEDULE AND HEARING

14  KENNETH BASH, et al.

15              Defendants.

16

17

18       The United States, by and through Assistant United States Attorney Stephanie M.

19  Stokman and counsel for Defendant Kenneth Bash, hereby stipulate and agree to continuing the

20  discovery motion hearing currently scheduled for January 31, 2024, at 1:00 p.m. to March 20,

21  2024 at 1:00 p.m. before the Honorable Sheila K. Oberto. Counsel further stipulates the following

22  briefing schedule:

23       The government's opposition to Defendant Bash's motion for discovery is due no later

24  than January 19, 2024.

25       The defense's reply to the government's opposition is due no later than February 2, 2024.

26       The motion shall be heard on March 20, 2024, at 1:00 p.m. in Courtroom 7.

27       The parties agree that good cause exists for the continuance of the discovery motion as

28  additional time is needed to respond to the motion and reply to any opposition.

1

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: December 21, 2023 | /s/ Stephanie M. Stokman<br>STEPHANIE M. STOKMAN,<br>Assistant United States Attorney |
| Dated: December 21, 2023 | /s/ W. Scott Quinlan<br>W. SCOTT QUINLAN, Attorney for<br>Defendant KENNETH BASH |

ORDER

**IT IS SO ORDERED**.

Dated: 12/21/2023

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2