# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH BASH, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:20-cr-00238-JLT-SKO<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT FRANCIS CLEMENT'S NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS**<br><br>(Doc. 936) |

## I. INTRODUCTION

On February 14, 2024, Defendant Francis Clement filed a "Notice of Request to Seal Documents" (the "Notice of Request"). (Doc. 936.) Defendant Clement also transmitted to the Court via email a "Request to Seal Documents" (the "Request"). The Court has reviewed both the Notice of Request and the Request and has determined that, in their current form, they cannot be granted. For the reasons set forth below, the Court DENIES *without prejudice* Defendant Clement's Notice of Request and Request to Seal Documents.

## II. DISCUSSION

**A. Neither the Notice of Request Nor the Request Complies with Local Rule 141(b)**

The Notice of Request and the Request do not comply with Rule 141 of the Local Rules of the United States District Court, Eastern District of California. Pursuant to Rule 141(b), the Notice of Request:

> shall describe generally the documents sought to be sealed, the basis for sealing, the manner in which the "Request to Seal Documents," proposed order, and the documents themselves were submitted to the Court, and whether the Request, proposed order, and documents were served on all other parties.

E.D. Cal. L.R. 141(b). The Notice of Request fails to contain all of this required information.

Specifically, it does not describe the documents sought to be sealed apart from their titles. (*See* Doc. 936 (seeking to seal "Ex Parte Application to Seal; Ex Parte Application for Order; and [Proposed] Order").)  The Notice of Request also does not provide any basis for sealing the referenced documents.

Regarding the Request, Local Rule 141(b) provides that it:

> shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information. . . . The documents for which sealing is requested shall be paginated consecutively so that they may be identified without reference to their content, and the total number of submitted pages shall be stated in the request.

E.D. Cal. L.R. 141(b).  The Request does not contain <u>any</u> of this information.  In addition, it does not appear that the documents that are the subject of the Request, *i.e.*, the "Ex Parte Application to Seal; Ex Parte Application for Order; and [Proposed] Order," were among those emailed to the undersigned as required by the Local Rule.  *Id*. ("[A]ll documents covered by the Request shall be . . . e-mailed to the appropriate Judge or Magistrate Judge's proposed orders e-mail box listed on the Court's website.")

### B. Defendant Clement's Notice of Request and Request to Seal Documents is Denied Without Prejudice

Defendant Clement may re-file a revised Notice of Request and re-submit a revised Request that comply with Local Rule 141(b) and correct the deficiencies set forth in this order.

### III.   CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that Defendant Francis Clement's Notice of Request and Request to Seal Documents (Doc. 936) is DENIED without prejudice to renewal.

IT IS SO ORDERED.

Dated:   **February 15, 2024**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE