

FILED
Jun 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL THIRD SUPERSEDING INDICTMENT |
| KENNETH BASH et al., | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Third Superseding Indictment filed on May 29, 2024, and docket, be unsealed and become public record.

DATED: __Jun 3, 2024__

_____
HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE