PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH, ET AL.,<br><br>Defendants. | CASE NO. 1:20-CR-00238<br><br>STIPULATION AND ORDER RE MOTION SCHEDULE; |

**STIPULATION**

1. On May 22, 2024, defendant Bash filed a motion in the above matter. Dkt. 1073.

2. The Court had previously set a motion schedule setting the government's opposition to be due June 7, 2024.

3. Counsel for the government has been involved in a complex six-week long trial in front of the Honorable Dale A. Drozd, United States District Judge. Despite projections that the trial would end during the week of June 3, 2024, the trial closed at the end of business June 7, 2024.

4. Based on the above, counsel agree and stipulate that the following revised motions schedule shall apply as to these motions:

    a) Opposition to the motion shall be filed no later than June 14, 2024.

    b) Any reply shall be filed no later than June 28, 2024.

//

1

c) The Court will hold a hearing on the date previously set.

IT IS SO STIPULATED.

| Dated: June 7, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: June 7, 2024 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>KENNETH BASH |

**ORDER**

IT IS SO ORDERED.

DATED: 6/10/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2