W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
PHONE: (559) 442-0634

Attorney for Defendant KENNETH BASH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-cr-0238 JLT SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE DISCOVERY MOTION HEARING |
| KENNETH BASH, et al. | |
| Defendants. | |

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for Defendant Kenenth Bash, hereby stipulate and agree to continuing the discovery motion hearing currently scheduled for July 17, 2024 at 1:00 p.m. to September 4, 2024 at 1:00 p.m. before the Honorable Sheila K. Oberto.

The parties agree that good cause exists for the continuance of the discovery motion as the parties are working to resolve the issues concerning discovery.

PHILLIP A. TALBERT
United States Attorney

Dated: July 16, 2024

 /s/ Stephanie M. Stokman
STEPHANIE M. STOKMAN,
Assistant United States Attorney

1

1  Dated: July 16, 2024                          /s/ W. Scott Quinlan
                                                 W. SCOTT QUINLAN, Attorney for
2                                                Defendant KENNETH BASH

3

4  **IT IS SO ORDERED**.

5

6

7  Dated: 7/16/2027                              *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

2