W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
PHONE: (559) 442-0634

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH, et al.<br><br>Defendants. | No. 1:20-cr-0238 JLT SKO<br><br>**STIPULATION TO CONTINUE THE HEARING ON THE MOTION TO DISMISS COUNT ONE OF THE SECOND SUPERSEDING INDICTMENT (Doc. 1053) AND THE THIRD SUPERSEDING INDICTMENT (Doc. 1109) AND ORDER**<br><br>**DATE:** August 12, 2024<br>**TIME:** 11:00 a.m.<br>**PLACE:** Hon. Jennifer L. Thurston<br>Courtroom 4 |

    The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for Defendant Kenenth Bash, hereby stipulate and agree to continuing the Motion to Dismiss Count One of the Second Superseding Indictment (Doc. 1053) and the Motion to Dismiss Count One of the Third Superseding Indictment (Doc. 1109) currently set to be heard on August 12, 2024 at 11:00 a.m. before the Honorable Jennifer L. Thurston to September 3, 2024 at 11:00 a.m.

    **THERE IS GOOD CAUSE** for this request in that defendant has a pending Faretta motion set to be heard on August 16, 2024 at 2:00 p.m. If that motion is granted Defense counsel

is informed and believes that defendant will seek leave to withdraw the motion. Until that time, his counsel wishes it to remain on calendar, but requests that it be continued past the Faretta hearing date.

PHILLIP A. TALBERT
United States Attorney

Dated:   July 30, 2024

/s/  Stephanie M. Stokman
STEPHANIE M. STOKMAN,
Assistant United States Attorney

Dated:   July 30, 2024

/s/ W. Scott Quinlan
W. SCOTT QUINLAN, Attorney for
Defendant KENNETH BASH

IT IS SO ORDERED.

Dated:   **July 31, 2024**

UNITED STATES DISTRICT JUDGE

2