PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH,<br>JOHN STINSON,<br>JAYSON WEAVER,<br>WAYLON PITCHFORD,<br>KENNETH JOHNSON,<br>FRANCIS CLEMENT,<br>BRANDON BANNICK,<br>JUSTIN GRAY,<br>DEREK SMITH,<br>EVAN PERKINS, and<br>ANDREW COLLINS,<br><br>Defendants. | CASE NO. 1:20-CR-00238-JLT<br><br>STIPULATION AND ORDER<br><br>DATE: October 7, 2024<br>TIME:<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Stephanie M. Stokman and James Conolly and counsel for defendants hereby stipulate and agree to the following.

1. A trial is a scheduled in this matter for January 14, 2024.

2. The parties requested a trial confirmation and motion setting hearing during a status conference on July 17, 2024.

3. A subsequent minute order scheduled the trial confirmation for October 7, 2024.

4. Subsequently, defendant Johnson filed a motion for a scheduling order to be heard on

August 26, 2024.

5. Given the need for all counsel to be present during discussions related to trial scheduling, the parties request that the currently set October 7, 2024 trial confirmation date be changed to August 26, 2024. To accommodate counsel traveling from over 3+ hours away the morning of, and due to the Court's 9:00 a.m. calendar, the hearing is requested to be heard at 11:00 a.m.

6. Counsel for defendant Collins objects to this date as she is returning to the Southern California area on August 25. However, the only other date available for all parties is September 9, and counsel for defendant Collins is unavailable on that date. The government requests that the Court grant this request for all parties despite the objection and allow for a telephonic appearance, if possible, for Ms. Kenney.

| | |
|---|---|
| Dated: July 31, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: July 31, 2024 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>KENNETH BASH |
| Dated: July 31, 2024 | /s/ ANDREA L. LUEM<br>/s/ RYAN VILLA<br>ANDREA L. LUEM<br>RYAN VILLA<br>Counsel for Defendant<br>KENNETH JOHNSON |
| Dated: July 31, 2024 | /s/ JANE BYRIALSEN<br>/s/ JEAN BARRETT<br>JANE BYRIALSEN<br>JEAN BARRETT<br>Counsel for Defendant<br>FRANCIS CLEMENT |

| | |
|---|---|
| Dated: July 31, 2024 | /s/ OLIVER LOEWY<br>OLIVER LOEWY<br>Counsel for Defendant<br>WAYLON PITCHFORD |
| Dated: July 31, 2024 | /s/ KENNETH REED<br>KENNETH REED<br>Counsel for Defendant<br>JOHN STINSON |
| Dated: July 31, 2024 | /s/ CRISTINA BORDE<br>/s/ TERESA DUNCAN<br>CRISTINA BORDE<br>TERESA DUNCAN<br>Counsel for Defendant<br>EVAN PERKINS |
| Dated: July 31, 2024 | /s/ ALAN DRESSLER<br>ALAN DRESSLER<br>Counsel for Defendant<br>DEREK SMITH |
| Dated: July 31, 2024 | /s/ IVETTE AMELBURU MANINGO<br>/s/ AMY E. JACKS<br>IVETTE AMELBURU MANINGO<br>AMY E. JACKS<br>Counsel for Defendant<br>BRANDON BANNICK |
| Dated: July 31, 2024 | /s/ JAMES S. THOMSON<br>JAMES S. THOMSON<br>Counsel for Defendant<br>JUSTIN GRAY |
| Dated: July 31, 2024 | /s/ RANDY SUE POLLOCK<br>RANDY SUE POLLOCK<br>Counsel for Defendant<br>JAYSON WEAVER |

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __August 8, 2024__

_____
UNITED STATES DISTRICT JUDGE