Ryan J. Villa
5501 Eagle Rock Ave NE, Ste C2
Albuquerque, NM 87113
(505) 639-5709

Attorney for Defendant,
KENNETH JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Criminal case No. 20-CR-238-JLT-SKO |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE TO FILE OPPOSITION TO DEFENDANT JAYSON WEAVER'S MOTION TO CONTINUE TRIAL [ECF 1208]; [PROPOSED] ORDER** |
| v. | **DATE:** August 26, 2024 |
| **KENNETH JOHNSON, et a.,** | **TIME:** 11:00 a.m. |
| Defendants. | **PLACE:** Hon. Jennifer L. Thurston |

  Defendant Mr. Kenneth Johnson, by counsel, The Law Office of Ryan J. Villa, by Ryan J. Villa, and Andrea Luem, and Defendant Jayson Weaver, by counsel Randy Sue Pollock, submits the following stipulation pursuant to the Notice of Motion and Motion to Continue the trial [Dkt. 1208].

 1. Defendant Jayson Weaver filed his Notice of Motion and Motion to Continue the Trial on August 2, 2024.

 2. The deadline for Defendant Kenneth Johnson to file an opposition was August 9, 2024.

 3. By this stipulation, the parties now move to extend Defendant Kenneth Johnson's deadline to file his opposition to August 13, 2024

IT IS SO STIPULATED.

| Dated: August 12, 2024 | /s/ RYAN VILLA |
| | /s/ ANDREA L. LUEM |
| | ANDREA L. LUEM |
| | RYAN VILLA |
| | Counsel for Defendant |
| | KENNETH JOHNSON |

Dated: August 12, 2024               /s/ RANDY SUE POLLOCK
                                     RANDY SUE POLLOCK
                                     Counsel for Defendant
                                     Jayson Weaver

IT IS SO ORDERED.

Dated:   **August 13, 2024**                    _____
                                                UNITED STATES DISTRICT JUDGE