PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH, AND<br>DEREK SMITH,<br><br>Defendants. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>STIPULATION AND ORDER SETTING CHANGE OF PLEA HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, pursuant to this Court's order, hereby stipulate as follows:

1. On August 16, 2024, defendant Bash requested the Court set a change of plea for September 3, 2024.

2. Defendant Smith also requests this Court to set a change of plea hearing for September 3, 2024.

3. By this stipulation, the parties now move to vacate any future dates and motions pending regarding defendants Bash and Smith, and to schedule a date for a change of plea for both defendants for September 3, 2024.

4. Time has previously been waived until the January 14, 2025, trial date.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  August 19, 2024

/s/ W. SCOTT QUINLAN

W. SCOTT QUINLAN
Counsel for Defendant
KENNETH BASH

Dated:  August 19, 2024

/s/ ALAN DRESSLER

ALAN DRESSLER
Counsel for Defendant
DEREK SMITH

**ORDER**

The change of plea hearing for Defendants Kenneth Bash and Derrek Smith shall be set for September 3, 2024, at 11: 00 a.m. before District Judge Jennifer Thurston.

IT IS SO ORDERED.

Dated:  **August 19, 2024**           */s/ Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE