Alan A. Dressler, Esq. (SBN 56916)
1390 N. McDowell Blvd., Ste. G # 312
Petaluma, CA 94954-7104

Tel.  (415) 421-7980
Fax  (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant
Derek Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING** |
| DEREK SMITH KENNETH BASH, | |
| Defendants. | |

**STIPULATION**

Defendants Derek Smith and Kenneth Bash, by and through their respective Counsel and the United States of America, by and through Stephanie M. Stokman, with the agreement of United States Probation, hereby stipulate and agree to the following:

1. Defendants Smith and Bash entered guilty pleas in the above-entitled case on September 3, 2024.
2. Both defendants are presently set for sentencing on January 13, 2025.
3. The reason for this request is that the parties mutually agree that this case is not ripe for sentencing because counsel for defendant Smith needs additional time to to obtain medical, employment, school, juvenile court records, and to interview multiple family members and others, who have information regarding Mr.

1

Smith's chaotic upbringing. Counsel for defendant Bash joins in this request because he needs additional time to present mitigating factors at the sentencing. .

4. Based on the foregoing, the parties, with the agreement of U.S. Probation, stipulate that the January 13, 2025 sentencing hearing be vacated and re-set for February 24, 2025.

Dated: October 30, 2024                Respectfully submitted,

_____/s/_____

Alan A. Dressler
Attorney for Defendant
Derek Smith


_____/s/_____

Scott Quinlan
Attorney for Defendant
Kenneth Bash


_____/s/_____

Phillip A. Talbert United States Attorney by Stephanie M. Stokman
Assistant United States Attorney

## ORDER

FOR GOOD CAUSE, and pursuant to the stipulation of the government and defendants Derek Smith and Kenneth Bash, with the agreement of U.S. Probation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for January 13, 2025 is vacated, and re-set for February 24, 2025.

**IT IS SO ORDERED**.

Dated: October 30, 2024

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT COURT JUDGE