# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00238-JLT-SKO |
| Plaintiff, | ORDER FOLLOWING IN CAMERA REVIEW |
| v. | |
| KENNETH BASH, et al., | |
| Defendants. | |

The Government provided the Court copies of the Presentence Investigation Reports (PSRs) for the three (3) individuals it intends to call as witnesses at the January 14, 2025, trial ("January Trial").

Pursuant to the Court's Order Re Motions to Compel, (Doc. 1585), the Court has conducted an *in camera* review of the PSRs and has also met with counsel for the Government. The Court finds that there is no "*Brady*"[1] information contained in the PSRs as to the Defendants set for the January Trial.

The Government has represented that it has provided the criminal history information, plea agreements, cooperation agreements that set forth the extent of a 5k departure, and sentencing memoranda to defense counsel for the Defendants set for the January Trial.

---

[1] *Brady* material is any evidence material either to guilt or punishment which is favorable to accused. *Brady v. Maryland,* 373 U.S. 83, 87 (1963).

**By no later than December 26, 2024**, the Government SHALL provide the names of the above-referenced three (3) individuals to counsel for the Defendants who are set for the January Trial.

IT IS SO ORDERED.

Dated:   **December 23, 2024**                    /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE