Alan A. Dressler, Esq. (SBN 56916)
1390 N. McDowell Blvd, Ste G # 32
Petaluma, CA 94954-7104

Tel.  (415) 421-7980
Fax  (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant Derek Smith

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEREK MICHAEL SMITH <br> KENNETH BASH <br><br> Defendants. | **No. 20-CR-238-JLT-SKO** <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING** |

**STIPULATION**

Defendants Derek Smith and Kenneth Bash, by and through their respective Counsel and the United States of America, by and through Stephanie M. Stokman, with the agreement of United States Probation, hereby stipulate and agree to the following:

1.   Defendants Derek Smith and Kenneth Bash entered guilty pleas in the above-entitled case on September 3, 2024.

2.   Both defendants are presently set for sentencing on February 24, 2025. The reason for this request is that the parties mutually agree that this case is not ripe for sentencing because: (a) counsel for defendant Smith is still in the process of obtaining junior college, medical and other records, and obtaining interviews from his family and other

1

individuals and (b) counsel for defendant Bash has been in contact with the California CDCR and Mr. Bash is scheduled to time out on his state custody, with good conduct credits, on March 29, 2025. Mr. Bash would like to have his state custody behind him when he enters federal custody.

3. Based on the foregoing, the parties, with the agreement of U.S. Probation, stipulate that the February 24, 2025 sentencing hearing be vacated and re-set for May 5, 2025.

Dated: December 20, 2024         Respectfully submitted,

/s/
Alan A. Dressler
Attorney for Defendant
Derek Smith

/s/
Scott Quinlan
Attorney for Defendant
Kenneth Bash

/s/
Phillip A. Talbert United States Attorney by
Stephanie M. Stokman
Assistant United States Attorney

**ORDER**

FOR GOOD CAUSE, and pursuant to the stipulation of the government and defendants Derek Smith and Kenneth Bash, with the agreement of U.S. Probation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for February 24, 2025. is vacated, and re-set for May 5, 2025.

**IT IS SO ORDERED**.

Dated: December 26, 2024

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT COURT JUDGE