W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
PHONE: (559) 442-0634

Attorney for Defendant KENNETH BASH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH BASH, et al.<br><br>  Defendants. | No. 1:20-cr-0238 JLT SKO<br><br>STIPULATION TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT UNDER SEAL [~~PROPOSED~~] ORDER |

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for Defendant Kenenth Bash, hereby stipulate and agree to filing Defendant's Objections to the Presentence Investigation Report under seal.

The parties agree that good cause exists for the Objections to the Presentence Report to be filed under seal as the presentence investigation report to which they relate has been filed under seal.

PHILLIP A. TALBERT
United States Attorney

Dated: March 27, 2025

 /s/ Stephanie M. Stokman
STEPHANIE M. STOKMAN,
Assistant United States Attorney

1

Dated: March 27, 2025          /s/ W. Scott Quinlan
                                W. SCOTT QUINLAN, Attorney for
                                Defendant KENNETH BASH

Good Cause Appearing:

**IT IS HEREBY ORDERED** that Defendant Bash's Objections to the Presentence Investigation Report be filed under seal.

IT IS SO ORDERED.

Dated:   **March 27, 2025**                    /s/ Jennifer L. Thurston
                                                UNITED STATES DISTRICT JUDGE

2