1 MICHELE BECKWITH
Acting United States Attorney
2 STEPHANIE M. STOKMAN
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: May 5, 2025 |
| KENNETH BASH, AND DEREK SMITH, | TIME: 9:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |
| Defendants. | |

**STIPULATION**

The United States of America, through its attorney of record, Assistant U.S. Attorney, Stephanie M. Stokman, and defendants Kenneth Bash and Derek Smith, through their attorneys of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 5, 2025.

2. The parties agree and stipulate that the government requests this Court to continue the sentencing until **June 2, 2025 at 9:00 a.m**. Counsel for the government is engaged in trial preparation, with a jury trial set to commence on May 6, 2025. The trial may potentially be moved to the Sacramento courthouse, making counsel for the government unavailable. Additionally, the parties have discussed potential objections to the PSR, or other items that may

be relevant at sentencing, and request additional time to gather said information.

    3.    Defendants do not object to this continuance.

IT IS SO STIPULATED.

| Dated: April 17, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|---|---|
| | /s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: April 17, 2025 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>Kenneth Bash |
| Dated: April 17, 2025 | /s/ ALAN DRESSLER<br>ALAN DRESSLER<br>Counsel for Defendant<br>Derek Smith |

**ORDER**

**IT IS SO ORDERED** that the sentencing currently scheduled for May 5, 2025 at 9:00 a.m. is hereby continued to **June 2, 2025 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: __**April 18, 2025**__

UNITED STATES DISTRICT JUDGE