TRULINCS 18325509 - BASH, KENNETH - Unit: TCN-M-N

----------------------------------------------------------------------------------------

FROM: 18325509
TO: Bash, Melissa
SUBJECT: Motion To Reduce Sentence
DATE: 03/20/2026 10:36:34 AM

...

**FILED**

APR 03 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

United States District Court
Eastern District of California

United States of America,

Plaintiff,

v.                                                          Case No. 1:20-CR-238-JLT

Kenneth W. Bash,

Defendant.

---

## MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. SECTION 3582(c)(2)

The Defendant, respectfully moves the Court under 18 U.S.C. Section 3582(c)(2) and U.S. Sentencing Guidelines (USSG) Amendment 821 for an order and/or amended judgment that reduces the current sentence of 324 months imprisonment by 24-36 months imprisonment. In support thereof, defendant declares under the penalty of perjury, 28 U.S.C. Section 1746, the following particulars are true and correct:

### Jurisdiction

The Court's jurisdiction is founded upon 18 U.S.C. Section 3231 because this motion is brought under 18 U.S.C. Section 3582 (c)(2) and invokes the Court's general subject-matter jurisdiction over criminal cases and to manage its dockets.

### Background

In 2020, defendant was charged with conspiracy to distribute methamphetamine in violation of 21 U.S.C. Section 841 and Section 846 and conspiracy to participate in a pattern of racketeering activity in violation of 18 U.S.C. Section 1962(d), respectively. After accepting responsibility, the Court sentenced defendant to 324 months imprisonment in 2025.

Defendant received 2 points under USSG Section 4A1.1. Amendment 821 took effect on November 1, 2023 and is composed of two parts. Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534, 60535 (Sept. 1, 2023). Part A of Amendment 821 amended USSG Section 4A1.1 to eliminate "status points".

At sentencing, the two "status points" assessed in the Pre-Sentence Report (PSR) were not addressed in open court to the best of defendant's recollection. This motion follows.

### Argument & Points of Law

Defendant knows he received two status points because he was serving another sentence in state custody when he was charged with the offenses in this case. Based on defendant's own recollection, he believes his criminal history category was III around five criminal history points. Presuming these calculations are accurate, defendant would move from criminal history category III to category II, under the application of Amendment 821.

### Conclusion

Wherefore defendant prays the Court grants this motion and the relief requested, appoints counsel, or convenes a hearing for a the foregoing reasons.

TRULINCS 18325509 - BASH, KENNETH - Unit: TCN-M-N

--------------------------------------------------------------------------------

Respectfully Submitted,

x _____    Date: 03/24/26

Mr. Kenneth W Bash

Kenneth Bash #18325-509
F.C.I Tucson
P.O Box 23811
Tucson AZ, 85734