W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
PHONE: (559) 442-0634


Attorney for Defendant KENNETH BASH


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | No. 1:20-0238 JLT SKO |
|---|---|
| Plaintiff, | **NOTICE OF REQUEST TO SEAL WITHDRAW OF MOTION** |
| v. | **DATE:** |
| KENNETH BASH | **TIME:** |
| Defendant. | **PLACE:** Honorable Jennifer L. Thurston    Courtroom 4 |

Pursuant to Local Rule 141(b), the defendant, by and through his counsel, W. Scott Quinlan, provides notice that he is requesting to file under seal a request to withdraw a multi-page document and a Request to Seal Document. Counsel respectfully requests that this notice and these documents remain under seal until further Order of the Court.

Dated: June 1, 2026                    Respectfully submitted,


                                        /s/ W. Scott Quinlan
                                        W. Scott Quinlan, Former Attorney for
                                        Defendant KENNETH BASH

1